# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GINA M. FULGENZI,

    Plaintiff,                                  Case No. 17-cv-12230
                                              Hon. Matthew F. Leitman

v.

STILLMAN LAW OFFICE, &
MICHAEL R. STILLMAN,

    Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

The Plaintiff by and through counsel having agreed that good cause has been shown to dismiss the above-captioned matter;

**IT IS THEREFORE ORDERED** that the Plaintiff's notice of dismissal with prejudice is hereby granted.

**IT IS FURTHER ORDERED** that the foregoing dismissal shall be issued with prejudice and without award of costs and/or attorneys' fees to either party, and will effectively resolve all pending claims between the parties and close the case.

**IT IS SO ORDERED.**

                                                        s/Matthew F. Leitman
                                                        MATTHEW F. LEITMAN
                                                        UNITED STATES DISTRICT JUDGE

Dated:  July 20, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 20, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764